FILED: October 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2143
(1:15-cv-02417-ELH)
_____

CHRISTOPHER ERIC BOUCHAT

      Plaintiff - Appellant

v.

STATE OF MARYLAND; LINDA H. LAMONE, acting as State Administrator of Elections; DAVID MCMANUS, JR.

      Defendants - Appellees

and

BOBBIE S. MACK, acting as Chair of Maryland State Board of Elections

      Defendant

_____

M A N D A T E
_____

This court's order administratively dismissing this appeal takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*