# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 5, 2016

---

## INITIAL FEE NOTICE IN
## CIVIL, HABEAS & 2255 CASES

---

No. 16-2143,    <u>Christopher Bouchat v. State of Maryland</u>
1:15-cv-02417-ELH

**DUE DATE: November 4, 2016**

TO: Christopher Eric Bouchat

According to the district court docket, the filing fee of **$505** for this appeal has not been paid to the district court and you have not been granted leave to proceed in forma pauperis by the district court. Unless you have paid the filing fee to the Clerk, U.S. District Court, or been granted leave to proceed in forma pauperis by the district court by the due date shown above, you must file an **IFP-Application to proceed in forma pauperis** with the court of appeals by the due date shown.

Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

Rickie Edwards, Deputy Clerk
804-916-2702

**BOUCHAT INDUSTRIES, INC** 10/12
**GENERAL ACCOUNT**
1405 KNECHT AVE STE 2
BALTIMORE, MD 21227
(410) 242-7099

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com
65-330/550

**3365**

10/10/2016

PAY TO THE ORDER OF   United States District Court      $ **505.00

Five Hundred Five and 00/100************************************************************************   DOLLARS

United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

MEMO  1:15-cv-02417 Appeal Fee#16-2143

AUTHORIZED SIGNATURE

⑆003365⑆ ⑈055003308⑈ 000515651476⑆

---

BOUCHAT INDUSTRIES, INC   GENERAL ACCOUNT     3365
  United States District Court                  10/10/2016
                                                505.00

BB&T General Accou    1:15-cv-02417 Appeal Fee#16-2143     505.00

BOUCHAT INDUSTRIES, INC   GENERAL ACCOUNT     3365
  United States District Court                  10/10/2016
                                                505.00

BB&T General Accou    1:15-cv-02417 Appeal Fee#16-2143     505.00

