**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 17, 2017

Ms. Julia Doyle Bernhardt
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
20th Floor
Baltimore, MD 21202

Christopher Eric Bouchat
5627 Woodbine Road
Woodbine, MD 21797

Jeffrey Lewis Darsie
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
20th Floor
Baltimore, MD 21202


No.  16-2143,	Christopher Bouchat v. State of Maryland
		1:15-cv-02417-ELH

Dear Mr. Bouchat:

As you can see from our order of October 7, 2016 this case was closed in the Fourth Circuit as improvidently docketed and the order was also transmitted to the District Court to follow the proper procedure.  You should contact the District Court to check on the status of your appeal.

				Sincerely,

				/s/ Rickie Edwards
				Deputy Clerk